UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott N. Johnson**, | Case No.: 2:14-cv-01150-KJM-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |
| **Balbir S. Dhami, et al.** | |
| Defendants. | |

### ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Order to Appear for Examination RE: Enforcement of Judgment of Sahota Truck Plaza is continued to April 8, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE