UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

  v.

BALBIR S. DHAMI, et al..,

    Defendants.

No. 2:14-cv-01150-KJM-AC

ORDER

    On March 31, 2015, plaintiff filed a request to vacate the judgment debtor's exam scheduled for April 8, 2015, because he has yet to locate the debtor. ECF No. 21. Accordingly, good cause appearing, THE COURT HEREBY ORDERS that the judgment debtor's exam scheduled for April 8, 2015, is VACATED.

DATED: April 3, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE